IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIO ANDJUAN PEEPLES,** )<br>)<br>    **Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**JUSTICE,** )<br>)<br>    **Defendant.** ) | **CIVIL ACTION 09-00656-CG-N** |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice for failure to comply with the Court's order and to prosecute this action..

**DONE and ORDERED** this 22nd day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE